**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| KARI WHEELER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 2:23-CV-02401-EFM-ADM |
| | ) |
| BOARD OF DIRECTORS OF STERLING FREE PUBLIC LIBRARY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The parties' Joint Motion Requesting the Entry of a Protective Order (ECF 34) is denied without prejudice for failure to demonstrate good cause. If the parties choose to submit a revised protective order, they must (1) file a renewed motion for entry of a protective order and attach a PDF of their revised, proposed protective order that incorporates the revisions and addresses the comments set forth on the attached Exhibit A; and (2) contemporaneously email the undersigned's chambers a Word version of their revised, proposed protective order.

IT IS SO ORDERED.

Dated December 5, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
